```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                         JACKSON DIVISION
```

ALVONDUS V. "JAY" WOODRUFF                                    PLAINTIFF

VS.                                      CIVIL ACTION NO. 3:09CV72TSL-JCS

UPTON TIRE PROS, INC.                                         DEFENDANT

## JUDGMENT

In accordance with the court's memorandum opinion and order entered this date, it is ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 21st day of January, 2010.


                                    /s/ Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE